**Robert Lee FRISBIE, A.L.F. and K.R.F., Respondents,**

v.

**Collette Sue Bowe PITTMAN, Appellant.**

**No. WD 61910.**

Missouri Court of Appeals,
Western District.

July 29, 2003.

Donald J. Lock, Gladstone, MO, for appellant.

Janet Wake Larison, Grant City, MO, for respondent Frisbie.

Gary Kevin Patton, Liberty, MO, for respondents A.L.F. and K.R.F.

Before JOSEPH M. ELLIS, Chief Judge, HAROLD L. LOWENSTEIN, Judge and ROBERT G. ULRICH, JJ.

## *ORDER*

PER CURIAM.

Appellant Collette Sue Pittman appeals from the judgment of the circuit court in favor of Respondent Robert Lee Frisbie. After a thorough review of the record, we conclude that the judgment is supported by substantial evidence, is not against the weight of the evidence, that no error of law appears, and that an opinion would have no precedential value.

Judgment affirmed. Rule 84.16(b).